AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MARGERY AMMON, an individual | ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. |
| MID VALLEY PARTNERS, LLC, a California limited liability company; WILLIAM STERLING, d/b/a STERLING PROPERTY MANAGEMENT, an individual; ALLISON BONANFANT, an individual; PHUONG LE, an individual d/b/a Royal Property Maintenance; and DOES 1 – 10, inclusive, | ) ) ) ) ) ) ) ) |
| *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
MID VALLEY PARTNERS, LLC
2107 N First St #110
San Jose, CA 95131

WILLIAM STERLING
801 Lighthouse Avenue #109
Monterey, CA 93940

ALLISON BONANFANT
801 Lighthouse Avenue #109
Monterey, CA 93940

PHOUNG LE
3120 Shoemaker Pl
Marina, CA 93933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Doniger (SBN 179314)
DONIGER / BURROUGHS PC
603 Rose Avenue
Venice, California 90291
Email: stephen@donigerlawfirm.com
Tel.: (310) 590-1820

Greg Victoroff, Esq. (CA Bar No. 89688)
GREG VICTOROFF & ASSOCIATES
1212 Fifth Street, Ste. 1-636
Santa Monica, CA 90401
Email: greg@victoroff-law.com
Tel.: (310) 207-8999

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: